**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-7618**

—————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

TIMOTHY TYRONE ALEXANDER, a/k/a Skeet,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Chief District Judge. (4:11-cr-00416-TLW-1)

—————————

Submitted: December 15, 2015      Decided: December 18, 2015

—————————

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Timothy Tyrone Alexander, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Tyrone Alexander appeals the district court's order denying his 18 U.S.C. § 3582(c) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Alexander, No. 4:11-cr-00416-TLW-1 (D.S.C. Sept. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED